# IN THE SUPREME COURT OF THE STATE OF NEVADA

KRISTIN BARTLETT, BY AND
THROUGH HER GUARDIAN, SANDY
BUDD,

Appellant,

vs.

DESERT REGIONAL CENTER, AN
AGENCY OF THE STATE OF NEVADA
DIVISION OF AGING AND
DISABILITY SERVICES,

Respondent.

No. 72729

**FILED**

DEC 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. James Crockett, District Judge
Persi J. Mishel, Settlement Judge
Deaver & Crafton
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

17-43807